IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No.1:21-CR-0223-LY (2) |
| | § | |
| ROBERT REYES, Jr. (2) | § | |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL AND RELATED DEADLINES

TO THE HONORABLE LEE YEAKEL, DISTRICT JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION:

NOW COMES Robert Reyes, Jr., Defendant, by and through his attorney, Aaron L. Wiley, and submits Defendant's Unopposed Motion for Continuance of Trial and Related Deadlines and, in support thereof, would show the following:

**I.**

On November 2, 2021, Mr. Reyes was charged in a sealed eight-count indictment alleging conspiracy to commit wire fraud, wire fraud, and money laundering. (Doc. No. 3). Pursuant to the Scheduling Order the trial was scheduled for its current date of February 7, 2022. (Doc. No. 45). On December 1st and 2nd respectively counsels for the two defendants each filed unopposed Motions to Continue Trial and Related Dates. (Doc. Nos. 48 and 49). On December 6, 2021, the Court granted the undersigned counsel's Motion to Appear Pro Hac Vice and counsel was added as lead attorney. (Doc. 50).  The

government has agreed to provide discovery in this matter. In the interim - the government and the undersigned counsel are attempting to determine whether we can resolve this matter in a fashion that would not require a trial. To that end – the government is unopposed to a 90-day continuance of the Trial and Related Deadlines.

## II.

Counsel for the defendant and the government are attempting to explore options to resolve this matter without the necessity of a trial. Once undersigned counsel can fully review all the discovery with Mr. Reyes, we will determine the best strategy about how to proceed in this matter. As a result - additional time is necessary for Mr. Reyes to make a fully informed, voluntary, and intelligent decision about how to proceed. This motion is not made for the purposes of delay, but in the furtherance of the interests of justice. Further, the government is unopposed to this request for continuance.

## III.

Counsel has conferred with Rebecca Schuman Trial Attorney Criminal Division – Public Integrity regarding said motion, and she has no opposition.

## IV.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this motion for a 90-day continuance of trial and all related deadlines be granted, and all associated trial deadlines be adjusted accordingly.

Respectfully submitted,

By: /s/ Aaron L. Wiley
Aaron L. Wiley
State Bar No. 21467980
alwileylaw@gmail.com
111 West Mulberry Street
Kaufman, Texas 75240
Telephone: (214) 675-0676
Telecopier: (972) 559-3365

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I certify that on January 5, 2022, I conferred with Rebecca Schuman Trial Attorney Criminal Division – Public Integrity and she stated that the government has no opposition to the granting of this motion.

/s/ Aaron L. Wiley
Aaron L. Wiley

## CERTIFICATE OF SERVICE

I certify that on January 5, 2022, I electronically filed this document with the Clerk of Court for the Western District of Texas, using the electronic case filing (ECF) system of the Court, and thereby served it on all counsels of record in this case.

/s/ Aaron L. Wiley
Aaron L. Wiley